# AKIN LAW GROUP PLLC

45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400   Fax. (212) 825-1440

ZAFER A. AKIN
LEOPOLD RAIC
ROBERT D. SALAMAN

GULSAH SENOL
SIMI BHUTANI

---

April 27, 2023

**Via ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1007

Re: *Brissett v. Westhab, Inc. and Yanis Aviles*
Case No. 22-CV-8608 (PAE)
**Joint Letter Motion to Adjourn Initial Conference**

Dear Judge Engelmayer:

We represent the Plaintiff Janae Brissett in the above-referenced matter. We write on behalf of all parties to respectfully request an adjournment of the Initial Conference currently scheduled for Monday, May 1, 2023 at 2:30 p.m. to a date and time convenient for the Court in June 2023. This is the parties' first request for an adjournment.

The parties participated in a Mediation through the Court on March 13, 2023 and have engaged Stephen Sonnenberg of JAMS for a second mediation session on May 18, 2023. The parties would prefer to direct their resources towards the second mediation and to only conduct the Initial Conference if needed.

We thank the Court for its consideration of this request.

Granted. The initial pretrial conference is rescheduled for June 7, 2023 at 10:30 a.m. In the the event that the case is not resolved before that date, the parties' materials, as outlined at docket 18, are due June 2, 2023. SO ORDERED.

Very truly yours,

**Akin Law Group PLLC**

*/s/ Robert D. Salaman*

_____
Robert D. Salaman

_____
PAUL A. ENGELMAYER
United States District Judge
April 28, 2023